IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )    Plaintiff,   )  )  -vs-        )    No.   20-MJ-617STE  )  DAVID S. HOLT,     )    Violation: 18 U.S.C. § 1163  )       Defendant.    ) | |

INFORMATION

The United States Attorney charges:

On or about October 24, 2020, in Comanche County, in the Western District of Oklahoma,

---------------------------------------- DAVID. S. HOLT, ------------------------------------------ the defendant herein, knowingly stole the goods, assets, and other property belonging to the Comanche Nation, an Indian tribal organization, in an amount less than $1000.00.

All in violation of Title 18, United States Code, Section 1163.

TIMOTHY J. DOWNING
United States Attorney

*Jessica L. Cárdenas* (signature)

JESSICA L. CÁRDENAS
Assistant U.S. Attorney